IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

VIDA GUERRA, *et al.*,

    Plaintiffs,

v.                                    Case No. 2:24-cv-375

MINX HOLDINGS INC., *et al.*,

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on September 8, 2025. ECF No. 15. Neither party has objected to the Report and Recommendation, and the time to do so has expired. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no clear error, it is hereby ORDERED:

(1)    The Report and Recommendation, ECF No. 15, is ADOPTED as the opinion of this Court.

(2)    Plaintiff's Motion for Default Judgment, ECF No. 12, is DENIED.

(3)    Plaintiff has failed to timely serve Defendants. *See* Fed. R. Civ. P. 4(m). Accordingly, Plaintiff is DIRECTED to show cause, if any, why this civil action should not be dismissed without prejudice. Plaintiff's response is due within fourteen (14) days of the entry of this Order.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                    /s/
                                      Elizabeth W. Hanes
                                      United States District Judge

Norfolk, Virginia
Date: October 1, 2025